IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DALLAS COUNTY et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § § | Civil Action No. 3:22-CV-01558-E-BH |
| HENRY CAVANESS et al., | | |
| Defendants. | | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS
### OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 20, 2022. (Doc. 4). Defendant Cavaness filed objections to the July 20, 2022, Findings, Conclusions, and Recommendations for the United States Magistrate Judge. (Doc. 7). The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 4). Accordingly, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 4).

Furthermore, the Court conducted an independent review of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 18, 2022. (Doc. 8). On November 29, 2022, Defendant Cavaness filed objections to the November 18, 2022, Findings, Conclusions, and Recommendations for the United States Magistrate Judge. (Doc. 9). The Court

reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 8). Accordingly, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 8).

Thus, the Court finds and concludes that the Findings and Recommendations of the Magistrate Judge (Docs. 4 and 8) are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. (Docs. 4 and 8).

**SO ORDERED.**

14th day of February, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE