IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DALLAS COUNTY, et al.,** § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | No. 3:22-CV-1558-E-BH | |
| § | | |
| **DWIGHT HENRY CAVANESS, et al.,** § | | |
| Defendants. § | | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the defendant's *Plea*, filed October 3, 2023 (doc. 13), is liberally construed as a motion for relief from judgment under Fed. R. Civ. P. 60(b) and **DENIED**.

**SO ORDERED:** October 26, 2023.

Ada E. Brown
UNITED STATES DISTRICT JUDGE